STATE v. HILL ALLEN.

(Filed 11 October, 1944.)

**Bastards § 2—**

Willfulness is an essential element of the offense of failure to support an illegitimate child, G. S., 49-2, and a verdict—"guilty of failure to support and maintain his bastard child"—is insufficient to support a judgment.

APPEAL by defendant from *Rousseau, J.,* at March Term, 1944, of WILKES.

Criminal prosecution upon bill of indictment charging that defendant willfully failed, refused and neglected to support and maintain his illegitimate child. G. S., 49-2.

Verdict: Guilty of failure to support and maintain his bastard child.

Judgment: Pronounced.

To the refusal of the court to set aside the verdict and to order a new trial, and to judgment pronounced, defendant excepts and appeals to the Supreme Court and assigns error.

*Attorney-General McMullan and Assistant Attorneys-General Patton and Rhodes for the State.*

*J. Allie Hayes and Trivette & Holshouser for defendant.*

WINBORNE, J. Willfulness is an essential element of the offense with which defendant is charged and for which he was tried in Superior Court. G. S., 49-2. *S. v. Moore,* 220 N. C., 535, 17 S. E. (2d), 661; *S. v. Clarke,* 220 N. C., 392, 17 S. E. (2d), 468; *S. v. Tyson,* 208 N. C., 231, 180 S. E., 85, and other cases. This element is lacking in the verdict as returned. Hence, the verdict is insufficient to support a judgment. *S. v. Cannon,* 218 N. C., 466, 11 S. E. (2d), 301; *S. v. Lassiter,* 208 N. C., 251, 179 S. E., 891; *S. v. Barbee,* 197 N. C., 248, 148 S. E., 249; *S. v. Parker,* 152 N. C., 790, 67 S. E., 35.

If the verdict had been simply "Guilty" or "Guilty as charged," it would have been sufficient. But as was said by *Stacy, C. J.,* speaking for the Court in the *Lassiter case, supra,* "When the jury undertakes to spell out its verdict without reference to the charge, as in the instant case, it is essential that the spelling be correct."

There will be a

*Venire de novo.*